IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDY V. JOSEPH,

    Petitioner,

v.                               CASE NO.  4:10cv377-SPM/WCS

KENNETH S. TUCKER,
SECRETARY,FLORIDA
DEPARTMENT OF CORRECTIONS,,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated January 31, 2012 (doc. 17).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 17) is ADOPTED and incorporated by reference in this order.

2.    The 2254 habeas petition is dismissed with prejudice as untimely.

3. The Court denies a certificate of appealability because Petitioner has failed to make a substantial showing of the denial of a constitutional right..

DONE AND ORDERED this 8th day of March, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:10cv377-SPM/WCS