IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDY V. JOSEPH,

    Petitioner,

v.                                    Case No.: 4:10cv377-SPM/WCS

KENNETH S. TUCKER,
SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
AND MOTION TO PROCEED IN FORMA PAUPERIS**

    This cause comes before the Court on Petitioner Andy V. Joseph's motion to proceed in forma pauperis on appeal (doc. 30) and motion for certificate of appealability (doc. 32). For the following reasons, the motions will be denied.

    1.    The standard for appealing in forma pauperis requires that the appeal be taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith in this context is measured by objectively. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); see also, Pace v. Evans, 709 F.2d 1428, 1429 (in forma pauperis status must be denied if the appeal is "without arguable merit"). The Court certifies that

Petitioner's appeal is not taken in objective good faith.  Petitioner's state postconviction relief motion did not toll the one year time period because the motion was rejected by the state court as untimely.  Allen v. Siebert, 552 U.S. 3, 7 (2007).  Petitioner has not demonstrated due diligence regarding his discovery of information about the gun.  Furthermore, Petitioner does not dispute that his § 2254 petition was filed more than one year after he received the letter from the FDLE with the documents to support his claim.

     2.     Petitioner has not submitted a trust fund account statement as required by 28 U.S.C. § 1915(a)(2) to proceed in forma pauperis.

     3.     A petitioner seeking a certificate of appealability must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  This standard is met if the petitioner can show that reasonable jurists could differ as to the resolution of the case or if the issues have sufficient merit to deserve encouragement to appeal.  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  The resolution of this case is not debatable and the issues do not deserve encouragement to appeal.  Accordingly, it is

     ORDERED AND ADJUDGED:

     1.     The motion to proceed in forma pauperis on appeal (doc. 30) is denied. Petitioner shall pay to the clerk of this court, in accordance with Federal Rule of Appellate Procedure 3(e), the sum of $455.00, which consists of the $450 fee for docketing the case on appeal (see Note following 28 U.S.C. § 1913,

Judicial Conference Schedule of Fees, ¶ (1)) and an additional $5 fee under 28 U.S.C. § 1917.

    2.    The motion for certificate of appealability (doc. 32) is denied.

DONE AND ORDERED this 10th day of May, 2012.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Senior United States District Judge